IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | |
| : | 3:CV-99-1160 |
| v.   : | (JUDGE VANASKIE) |
| : | |
| ALCAN ALUMINUM CORPORATION : | |
| Defendant : | |

## ORDER

NOW, THIS 4th DAY OF MARCH, 2008, IT IS HEREBY ORDERED THAT Counsel for the United States shall report to this Court no later than March 20, 2008, the status of the proposed consent decree lodged in this Court on January 15, 2008.  (Dkt. Entry 73-2.)

                                                s/ Thomas I. Vanaskie
                                                Thomas I. Vanaskie
                                                United States District Judge